PD-0402-15

PD-0402-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/9/2015 10:43:51 AM
Accepted 4/15/2015 2:29:52 PM
ABEL ACOSTA
CLERK

PD No:_____

DAVID GLYNN NUNN, JR.                    IN THE TEXAS COURT

VS.                                      OF CRIMINAL APPEALS

STATE OF TEXAS                           AUSTIN, TEXAS

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S *PRO-SE* PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Appellant, by and through the undersigned attorney, who has personal knowledge of the matters contained herein, and files this Motion for Extension of Time to File Appellant's *Pro-Se* Petition for Discretionary Review, and in support thereof would show:

### I.

Appellant was convicted of fraudulent use or possession of identifying information of the elderly and sentenced to 18 years in the Texas Department of Criminal Justice - Institutional. The trial court was the 337th District Court of Harris County, Texas. The trial court cause number was: 1420647. On April 9, 2015, the Fourteenth Court of Appeals in Houston, Texas, affirmed appellant's conviction in appellate cause number: 14-14-00704-CR.

### II.

The current deadline for filing appellant's petition for discretionary review is May 11, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

April 15, 2015

ABEL ACOSTA, CLERK

### III.

No  previous extension of time to file petitions for discretionary review has been requested by appellant.

### IV.

The undersigned is not pursuing further appellate review on behalf of Mr. Nunn. The undersigned is notifying appellant of his right to pursue a petition for discretionary review.

### V.

Appellant is requesting an additional thirty (30) day extension until June 11 , 2015 , in which to file his *pro-se* petition for discretionary review in this matter.

### VI.

This request is not made for the purpose of delay but to insure Appellant's right to appellate review in this matter.

### VII.

Appellant's last known address within the Texas Department of Criminal Justice is:

> Mr. David Glynn Nunn, Jr.
> TDCJ-ID # 1946852
> Garza East Transfer Facility
> 4304 Highway 202
> Beeville, Texas 78102-8981

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that the Court grant this Motion for Extension of Time to File Appellant's *Pro-Se*  Petition for Discretionary Review until June 11, 2015.

Respectfully submitted,

_Wayne T. Hill_

Wayne T. Hill
SBOT: 09656300
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
(713) 623-8312

## CERTIFICATE OF SERVICE

On April 9, 2015, a true and correct copy of this motion was mailed to:

Harris County District Attorney's Office
Appellate Division
1201 Franklin,   6th Floor
Houston, Texas 77002

Mr. David Glynn Nunn, Jr.
(Address noted above)

_Wayne T. Hill_

Wayne T. Hill